USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/10


RECEIVED
FEB 22 2010
JUDGE KAPLAN'S CHAMBERS

KAPLAN J.

KEANE & MARLOWE, LLP
Attorneys for Plaintiff
Eitzen Chemical (Singapore) Pte. Ltd..
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
(732) 951-2005 (fax)
Christopher P. Keane (CPK-4394)
Mary Ann C. Marlowe (MM-0723)

300 Park Avenue
17th Floor
New York, New York 10022
(212) 572-6210
(212) 572-6499 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Eitzen Chemical (Singapore) Pte. Ltd.          10 Civ 1186 (LAK)


                              Plaintiff,          STIPULATION AND
-against-                                         CONSENT ORDER

Dunhill Products,
Dunhill Products GP, LLC,
Dunhill Products, LP,
and Innovative Resource Management

                     Defendants.
-----------------------------------------------------------x

        WHEREAS, the Plaintiff commenced this action with a filing of a Verified
Complaint on February 16, 2010; and

        WHEREAS , on application of the Plaintiff, Process of Maritime Attachment and
Garnishment ("PMAG") was issued on February 16, 2010 pursuant to Supplemental Rule
B directing the restraint of property of Defendants Dunhill Products, Dunhill Products
GP, LLC, and Dunhill Products, LP,  up to the amount of $800,000.00; and

        WHEREAS, the PMAG was subsequently served on RZB Finance Company
("RZB) as garnishee; and

WHEREAS, it appears that defendant Dunhill Products, LP can, in fact, be found within the District which would preclude the further restraint of said funds and mandate the dismissal of the instant action;

NOW, THEREFORE, on application of the parties it is hereby

ORDERED that all funds restrained pursuant to the PMAG shall be released to the Defendant Dunhill Products, LP in accordance with instructions to be provided to the garnishee banks by Defendants' undersigned counsel; and

IT IS FURTHER ORDERED that this action is discontinued with prejudice and without costs to either party.


Dated: New York, New York
February 18, 2010


Christopher P. Keane (CPK-4394)
Mary Ann C. Marlowe (MCM-0723)

KEANE & MARLOWE. LLP
Attorneys for Plaintiff
Eitzen Chemical (Singapore) Pte. ltd.
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
300 Park Avenue – 17th Fl
New York, New York 10022
(732) 951-8300
(212) 572-6210

Anthony Pruzinsky (AP 8534)
John Sullivan (JS 1037)

HILL RIVKINS LLP
Attorneys for Defendants
Dunhill Products
Dunhill Products GP, LLC
Dunhill Products, LP
45 Broadway
New York, New York 10006-3730
(212) 669-0600


SO ORDERED:

February 2 , 2010

Hon. Lewis A. Kaplan, USDJ